# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEJANDRO FRIXIONE,<br>     #1045558 | )<br>)<br>) | |
| Plaintiff, | )<br>) | 2:10-cv-01235-PMP-LRL |
| vs. | )<br>) | |
| HOWARD SKOLNIK, *et al.*, | )<br>) | **ORDER** |
| Defendants. | )<br>) | |

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)**

days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court.

      **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file an application to proceed *in forma pauperis* in compliance with this order this case may be immediately dismissed.

      DATED this 2nd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE